**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

LYLE LOGEMANN,

Plaintiff,

vs. No. CIV 20-0845 JB/GJF

NATIONAL FFA ASSOCIATION,

Defendant.

**ORDER**[1]

**THIS MATTER** comes before the Court on the Defendant's Motion to Compel Plaintiff's Discovery Responses, filed July 9, 2021 (Doc. 23)("Motion"). The Court held a hearing on November 15, 2021. See Clerk's Minutes at 1, filed November 15, 2021 (Doc. 30). The primary issues are: (i) whether the Court should compel Plaintiff Lyle Logemann to answer Defendant National FFA Organization's Interrogatory No. 7, because it is a contention interrogatory that attempts to clarify whether Logemann contends that his social media posts did not violate the National FFA's code of ethics; and (ii) whether the Court should compel Logemann to answer National FFA's Interrogatory No. 12, because it is a contention interrogatory that asks Logemann to specify the damages he seeks. For the reasons stated on the record at the November 15, 2021, hearing, the Court will grant the Motion in part and compel Logemann to answer Interrogatory No. 7 and Interrogatory No. 12, and the Court will deny the Motion in part with regard to attorneys' fees and costs associated with the Motion.

[1]This Order disposes of the Motion to Compel Plaintiff's Discovery Responses, filed July 9, 2021 (Doc. 23). The Court will issue at a later date, however, a Memorandum Opinion more fully detailing its rationale for this decision.

**IT IS ORDERED** that: (i) the Defendant's Motion to Compel Plaintiff's Discovery Responses, filed July 9, 2021 (Doc. 23), is granted; (ii) the Plaintiff shall answer the Defendant's Interrogatory No. 7 and Interrogatory No. 12; and (iii) the Defendant's request for fees and costs associated with the Motion is denied.

UNITED STATES DISTRICT JUDGE

*Counsel*:

A. Blair Dunn
Jared Robert Vander Dussen
Western Agriculture, Resource and Business Advocates, LLP
Albuquerque, New Mexico

*Attorneys for the Plaintiff*

Donna L. Chapman
Darci A. Carroll
Sydney L. Jans
Chapman and Priest, P.C.
Albuquerque, New Mexico

*Attorneys for the Defendant*