**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

**Before the Honorable Gregory J. Fouratt**
**United States Magistrate Judge**

**Clerk's Minutes**

**CIV 20-845 JB/GJF**

*Logemann v. National FFA Association*

**Date of Hearing: 3/30/2022**
*(not recorded)*

| | |
|---|---|
| **Attorneys for Plaintiff**: | Blair Dunn & Jared Vander Dussen |
| **Attorneys for Defendant**: | Darci Carroll & Sydney Jans |
| **Other Individuals**: | Lyle Logemann, Scott Stump, Michael Wukmer, Joseph Lipps |
| *Pre-settlement discussions*: | *2 hours* |
| **Proceedings**: | Settlement Conference |
| *Start Time*: | 10:00 a.m. |
| *Stop Time*: | 4:30 p.m. |
| **Total Time**: | **8 hours 30 minutes** |
| **Clerk**: | NMH |

**Notes**:

- The case settled.
- Closing documents to be filed within 14 days.