**IN THE UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**LYLE LOGEMANN,**

**Plaintiff,**

**vs.** **No. 20-CV-845/JB/GJF**

**NATIONAL FFA ASSOCIATION,**

**Defendant.**

**JOINT MOTION TO DISMISS WITH PREJUDICE**

Plaintiff Lyle Logemann, by and through his counsel of record, Eastern Agriculture, Resource and Business Advocates, LLP, (A. Blair Dunn, Esq. and Jared R. Vander Dussen, Esq.) and Defendant Future Farmers of America, d/b/a the National FFA Organization, incorrectly identified as National FFA Association ("FFA"), by and through its counsel of record, Chapman Law, P.C., (Donna L. Chapman, Darci A. Carroll, and Sydney L. Jans), hereby move the Court to dismiss Plaintiff's Complaint for Damages Arising From Improper Removal of Officer ("Complaint") and all causes of action that were or could have been filed therein.

WHEREFORE, the parties respectfully request the Court enter an Order

dismissing with prejudice Plaintiff's Complaint and all causes of action there were or could have been filed therein, with each party to bear their own attorneys' fees and costs.

Respectfully Submitted,

**CHAPMAN LAW, P.C**

*/s/ Sydney L. Jans*___________
Donna L. Chapman
Darci A. Carroll
Sydney L. Jans
4100 Osuna NE, Suite 2-202
Albuquerque, New Mexico 87109
(505) 242-6000
donna@cplawnm.com
darcicarroll@cplawnm.com
sydneyjans@cplawnm.com
*Attorneys for Future Farmers of America*

And

**WESTERN AGRICULTURE, RESOURCE AND BUSINESS LAW ADVOCATES, LLP**

*Electronically approved 4/11/2022*
A. Blair Dunn, Esq.
Jared R. Vander Dussen, Esq.
400 Gold St. SW. Suite 1000
Albuquerque, NM 87102
(505)-750-3060
abdunn@ablairdunn-esq.com
warba.llp.jared@gmail.com
*Attorneys for Plaintiff*